**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Criminal No. 2:14-727-RMG |
| | ) | |
| Christopher T. Glover, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |
| _____ | ) | |

This matter comes before the Court on Defendant's motion for the early termination of his term of supervised release. (Dkt. No. 1023). Defendant was sentenced on September 26, 2017 to 140 months of incarceration followed by 4 years of supervised release after pleading guilty to Conspiracy to Possess with the Intent to Distribute Methamphetamine. (Dkt. No. 754). Defendant's presentence report documented his active participation in a prison-based drug trafficking organization in which incarcerated co-defendants arranged for delivery and sale of illicit drugs through non-incarcerated individuals, such as Defendant. (Dkt. No. 748 at 4). The presentence report also documented a criminal history score of VI based on 21 criminal history points.

Despite Defendant's troubling criminal history and involvement with a prison-based drug trafficking organization, the Court found the sentencing guidelines of 188 to 235 months of incarceration greater than was necessary to accomplish the purposes of the law. The Court granted Defendant a 48 month variance from the sentencing guidelines after determining that a 140 month sentence was sufficient but not greater than necessary under the circumstances. The imposition of 4 years of supervised release provided the Court assurance that if any recurrence of criminal activity occurred after release from incarceration, Defendant would be under Court supervision.

1

The record shows that Defendant has been in full compliance with the conditions of supervised release since his release to supervision in July 2024. The Government, while recognizing that Defendant has been compliant with the conditions of supervised release, opposes the motion for the early termination of supervised release based on the significant variance granted at sentencing and the fact that Defendant has completed only 17 months of his 4 year period of supervised release. (Dkt. No. 1028).

The Court commends Defendant on his good work since his release from the Bureau of Prisons and finds it likely unnecessary for Defendant to complete his full four year term of supervised release if he continues to comply with the conditions of supervised release. The Court denies the motion for the early termination of supervised release (Dkt. No. 1023) at this time but would welcome another motion twelve months from now so long as Defendant continues to fully comply with the terms of supervised release.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

March 12, 2026
Charleston, South Carolina

2